# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FILED** JUL -2 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

**ENTERED** JUL -3 2013 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk

In re: KIMBERLYN RAE STEVENSON

CHAPTER NO.: 13
CASE NUMBER: 13-20260 DS
DATE OF FILING: 06/12/13

## CASE INITIATION ACTION NOTICE

To: JUDGE DEBORAH J. SALTZMAN

From: Susan Hawkinson    Ext: 1074    Date: 07/02/13

The attached document is being forwarded to you for your immediate attention due to the following:

- ☐ Involuntary Petition
- ☐ Non-individual debtor not represented by attorney
- ☐ Chapter 11 filing by debtor not represented by attorney
- ☐ Amendment to petition to add additional aliases (a/k/a, d/b/a)
- ☐ Hearing date within 3 days from filing date
- ☐ Amendment to debtor's and/or co-debtor's Social Security number (attach copy of originally filed document)
- ☐ Amendment to debtor's and/or co-debtor's name (attach copy of originally filed document)
- ☐ Attorney of record barred from practicing in the Central District
- ☐ Debtor with multiple cases pending that have not been dismissed:
  Case No. _____ Chapter _____
  Case No. _____ Chapter _____
  Case No. _____ Chapter _____
- ☐ Chapter 7 debtor(s) received a discharge in a chapter 12 or 13 case filed within 6 years of the filing of pending case (11 U.S.C. 727(a)(9))
  Prior Case No. _____ Chapter _____ Date of Filing: _____
- ☐ Chapter 13 debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 within 4 years of the filing of the pending case, or in a case filed under chapter 13 within 2 years of the filing of pending case (11 U.S.C. 1328(f))
  Prior Case No. _____ Chapter _____ Date of Filing: _____
  District and division, if other than CAC _____
- ☐ Request for waiver of Credit Counseling requirement (Exigent Circumstances)
- ☐ Debtor failed to file Copies of Payment Advices (Pay Stubs) within 45 days after the date of the filing of the petition
- ☑ Other: Debtor's has three prior Ch 13 cases: 99-31399 was dismissed for missing schedules and 11-17326 was dismiss by trustee's motion. 02-10205 was discharged. Current case missing balance of schedules. Please advise.

### Please indicate your instructions and forward to your Courtroom Services team.

- ☐ Process using routine procedures (no special action required)
- ☐ Prepare an Order to Show Cause re: Dismissal
- ☒ Dismiss with 180-day restriction
- ☐ Dismiss without 180-day restriction
- ☐ Dismiss pursuant to § 521(i)(1) [Clerk's Office to send BNC Notice re: Order and Notice of Dismissal for Failure to File Copies of Payment Advices (Pay Stubs)]
- ☐ Send a notice to the debtor that no discharge will be granted when otherwise ready to close the case
- ☐ Other: _____

Date: 7/2/13

BY ORDER OF THE COURT:
_____
Honorable _____

Revised 11/09